UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Muzaffer Alzand,

    Defendant.
_____/

Case:2:18-cr-20703
Judge: Drain, Gershwin A.
MJ: Stafford, Elizabeth A.
Filed: 10-18-2018 At 03:40 PM
INDI USA V. ALZAND (BG)

VIOL:
18 U.S.C. § 922(o)
26 U.S.C. § 5861(d)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(o)
*Possession of a Machine Gun*

On or about May 9, 2018, in the Eastern District of Michigan, Southern Division, the defendant, Muzaffer Alzand, did knowingly and unlawfully possess a machine gun, that is One Glock model 17 handgun with one glock switch attached, in violation of Title 18, United States Code, Section 922(o).

1

## COUNT TWO
26 U.S.C. § 5861(d)
*Possession of Unregistered Firearms*

On or about May 9, 2018, in the Eastern District of Michigan, Southern Division, the defendant, Muzaffer Alzand, did knowingly and unlawfully possess the following firearms: (1) One silencer, gold in color, stamped with "Part #11-0762-NAN-5"; (2) One silencer, black in color, stamped with "ML25LT" and "3CLE200174017"; (3) One silencer, black in color, with no markings; which were not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21 United States Code, Section 853, and Title 28 United States Code, Section 2461(c).

Upon conviction of the offense set forth in Counts 1 and 2 of this Indictment, the defendant Muzaffer Alzand, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28 United States Code, Section 2461(c), any firearm and ammunition involved in or used in the violation, including, but not limited to: One Glock model 17 handgun; One silencer, gold in color,

stamped with "Part #11-0762-NAN-5"; One silencer, black in color, stamped with "ML25LT" and "3CLE200174017"; One silencer, black in color, with no markings.

If any of the property described in the paragraphs above as being forfeitable under, as a result of any act or omission of the defendant - -

a. cannot be located upon the exercise of due diligence;
b. has been transferred to, sold to, or deposited with a third party;
c. has been placed beyond the jurisdiction of this Court;
d. has been substantially diminished in value; or
e. has been commingled with other property that cannot be divided without difficulty;

the United States of America, pursuant to Title 21, United States Code, Section 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the above described forfeitable property.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

MATTHEW SCHNEIDER
United States Attorney

*s/ Matthew Roth*
MATTHEW A. ROTH
Chief, Major Crimes Unit
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: 313-226-9713
Matthew.Roth2@usdoj.gov

*s/ Trevor Broad*
TREVOR M. BROAD
APRIL N. RUSSO
Assistant United States Attorneys
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-0210
Trevor.Broad@usdoj.gov

Dated: October 18, 2018

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:18-cr-20703<br>Judge: Drain, Gershwin A.<br>MJ: Stafford, Elizabeth A.<br>Filed: 10-18-2018 At 03:40 PM<br>INDI USA V. ALZAND (BG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c[...]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: TB |

Case Title: USA v. Muzaffer Alzand

County where offense occurred: Wayne

Check One: ☒ Felony  ☐ Misdemeanor  ☐ Petty

____Indictment/____Information --- no prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 18-mj-30524 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

Superseding to Case No: _____  Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 18, 2018
Date

TREVOR BROAD
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0210
Fax:   313-226-2372
E-Mail address: trevor.broad@usdoj.gov
Attorney Bar #: P73495

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.